| SHELLEY, RAYMOND | | ID: 3219 | Direct Deposit # D000156658 | | LIU18 | | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | YTD Wages | | Deduction | Pay | YTD Gross | YTD W/H |
| 12/19/2025 | | 1,982.43 | 15,859.44 | | Federal Tax | 137.27 | 14,378.56 | 1,098.16 |
| MAR | EX | ADD FED | | | Soc. Sec. Tax | 121.57 | 15,686.96 | 972.56 |
| S | 0 | 0.00 | | | Medicare Tax | 28.43 | 15,686.96 | 227.44 |
| Payment Type | | Reg | OT | Fctr | Rate | | | Amount |
| Per Pay Salary | | 1.00 | 0.00 | 0.00 | 1,982.43 | | | 1,982.43 |

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| PA State Tax | 60.20 | 15,686.96 | 481.60 |
| UC Tax | 1.39 | 15,859.44 | 11.12 |
| Retirement | 163.55 | 15,859.44 | 1,308.40 |
| Local EIT | 29.41 | 15,686.96 | 235.28 |
| LST | 2.00 | | 16.00 |
| BCBS | 21.56 | | 172.48 |
| IUEA | 57.81 | | 231.24 |

**Net Pay** 1,359.24

| Bank Information | | | |
|---|---|---|---|
| PEOPLES NATIONAL BANK | | C | 1,359.24 |

**Direct Deposit # D000156658**

| | |
|---|---|
| Date | 12/19/2025 |
| Amount | $1,359.24 |

RAYMOND SHELLEY
568 PARDEESVILLE RD
APT 1
HAZLE TOWNSHIP PA  18202

Case 5:25-bk-03685    Doc 4    Filed 12/30/25    Entered 12/30/25 19:51:05    Desc Main
Document      Page 1 of 4

| SHELLEY, RAYMOND | | ID: 3219 | Direct Deposit # D000156309 | | LIU18 | | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | YTD Wages | | Deduction | Pay | YTD Gross | YTD W/H |
| 12/05/2025 | | 1,982.43 | 13,877.01 | | Federal Tax | 137.27 | 12,581.24 | 960.89 |
| MAR | EX | ADD FED | | | Soc. Sec. Tax | 121.57 | 13,726.09 | 850.99 |
| S | 0 | 0.00 | | | Medicare Tax | 28.43 | 13,726.09 | 199.01 |
| Payment Type | | Reg | OT | Fctr | Rate | Amount | | |
| Per Pay Salary | | 1.00 | 0.00 | 0.00 | 1,982.43 | 1,982.43 | | |

| Deduction | Pay | YTD Gross | YTD W/H |
|---|---|---|---|
| PA State Tax | 60.20 | 13,726.09 | 421.40 |
| UC Tax | 1.39 | 13,877.01 | 9.73 |
| Retirement | 163.55 | 13,877.01 | 1,144.85 |
| Local EIT | 29.41 | 13,726.09 | 205.87 |
| LST | 2.00 | | 14.00 |
| BCBS | 21.56 | | 150.92 |
| IUEA | 57.81 | | 173.43 |
| **Net Pay** | | | **1,359.24** |

**Bank Information**

PEOPLES NATIONAL BANK          C     1,359.24

**Direct Deposit # D000156309**

| Date | 12/05/2025 |
|---|---|
| Amount | $1,359.24 |

RAYMOND SHELLEY
568 PARDEESVILLE RD
APT 1
HAZLE TOWNSHIP PA   18202

| SHELLEY, RAYMOND | | ID: 3219 | Direct Deposit # D000155961 | | LIU18 | | | |
|---|---|---|---|---|---|---|---|---|
| **Pay Date** | | **Gross Wages** | **YTD Wages** | | **Deduction** | **Pay** | **YTD Gross** | **YTD W/H** |
| 11/21/2025 | | 1,982.43 | 11,894.58 | | Federal Tax | 137.27 | 10,783.92 | 823.62 |
| **MAR** | **EX** | **ADD FED** | | | Soc. Sec. Tax | 121.57 | 11,765.22 | 729.42 |
| S | 0 | 0.00 | | | Medicare Tax | 28.43 | 11,765.22 | 170.58 |
| **Payment Type** | | **Reg** **OT** **Fctr** | **Rate** | **Amount** | PA State Tax | 60.20 | 11,765.22 | 361.20 |
| Per Pay Salary | | 1.00 0.00 0.00 | 1,982.43 | 1,982.43 | UC Tax | 1.39 | 11,894.58 | 8.34 |
| | | | | | Retirement | 163.55 | 11,894.58 | 981.30 |
| | | | | | Local EIT | 29.41 | 11,765.22 | 176.46 |
| | | | | | LST | 2.00 | | 12.00 |
| | | | | | BCBS | 21.56 | | 129.36 |
| | | | | | IUEA | 57.81 | | 115.62 |
| | | | | | **Net Pay** | | | **1,359.24** |

| Bank Information | | |
|---|---|---|
| PEOPLES NATIONAL BANK | C | 1,359.24 |

**Direct Deposit # D000155961**

| Date | 11/21/2025 |
|---|---|
| Amount | $1,359.24 |

RAYMOND SHELLEY
568 PARDEESVILLE RD
APT 1
HAZLE TOWNSHIP PA  18202

| SHELLEY, RAYMOND | | ID: 3219 | Direct Deposit # D000155557 | | LIU18 | | | |
|---|---|---|---|---|---|---|---|---|
| Pay Date | | Gross Wages | YTD Wages | | Deduction | Pay | YTD Gross | YTD W/H |
| 11/07/2025 | | 1,982.43 | 9,912.15 | | Federal Tax | 137.27 | 8,986.60 | 686.35 |
| MAR | EX | ADD FED | | | Soc. Sec. Tax | 121.57 | 9,804.35 | 607.85 |
| S | 0 | 0.00 | | | Medicare Tax | 28.43 | 9,804.35 | 142.15 |
| Payment Type | Reg | OT | Fctr | Rate | Amount | PA State Tax | 60.20 | 9,804.35 | 301.00 |
| Per Pay Salary | 1.00 | 0.00 | 0.00 | 1,982.43 | 1,982.43 | UC Tax | 1.39 | 9,912.15 | 6.95 |
| | | | | | | Retirement | 163.55 | 9,912.15 | 817.75 |
| | | | | | | Local EIT | 29.41 | 9,804.35 | 147.05 |
| | | | | | | LST | 2.00 | | 10.00 |
| | | | | | | BCBS | 21.56 | | 107.80 |
| | | | | | | IUEA | 57.81 | | 57.81 |
| | | | | | | **Net Pay** | | | **1,359.24** |

| Bank Information | | | |
|---|---|---|---|
| PEOPLES NATIONAL BANK | | C | 1,359.24 |

**Direct Deposit # D000155557**

| Date | 11/07/2025 |
|---|---|
| Amount | $1,359.24 |

RAYMOND SHELLEY
568 PARDEESVILLE RD
APT 1
HAZLE TOWNSHIP PA   18202