# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Raymond Austin Shelley, aka Raymond A Shelley, aka Ray Shelley, aka Raymond Shelley, | Chapter     7 |
| **Debtor 1** | Case No.     5:25−bk−03685−MJC |

Social Security No.:

xxx−xx−1599

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 9, 2026

**fnldecac** (05/18)