United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Raymond Austin Shelley

    Debtor

Case No. 25-03685-MJC

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 09, 2026 | Form ID: 318 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raymond Austin Shelley, 568 Pardeesville Road Apt 1, Hazle Twp, PA 18202-2719 |
| 5769519 | + | Catherine A Saltis, 1110 Walnut St, Freeland, PA 18224-1329 |
| 5769523 | + | ESSA Bank and Trust, 744 Main St, Lease Accounts, Stroudsburg, PA 18360-2268 |
| 5769529 | + | Jonathan Cawley, Esq., Law Offices of Hayt, Hayt & Landau, LLC, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 5769530 | + | LVNV Funding, c/o Patenaude & Felix APC, 501 Corporate Dr, Suite 205, Canonsburg, PA 15317-8584 |
| 5769534 | + | Metovic Realty LLC, 1346 N Church St, Hazle Twp, PA 18202-9367 |
| 5769547 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5769518 | + | EDI: CAPITALONE.COM | Apr 09 2026 22:45:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5769520 | | EDI: WFNNB.COM | Apr 09 2026 22:45:00 | Comenity/GameStop, PO Box 182120, Columbus, OH 43218-2120 |
| 5769521 | | EDI: DISCOVER | Apr 09 2026 22:45:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5769522 | | Email/Text: PHILAW@weltman.com | Apr 09 2026 18:51:00 | Discover Bank, c/o Weltman Weinberg & Reis, 170 S Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |
| 5769524 | | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Apr 09 2026 18:51:00 | First Investors Financial, 380 Interstate North Pkwy, Atlanta, GA 30339-2222 |
| 5769525 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Apr 09 2026 18:51:00 | First Investors Financial Services, 3065 Akers Mill Rd SE, Suite 700, Atlanta, GA 30339-3124 |
| 5769526 | + | Email/Text: Banko@frontlineas.com | Apr 09 2026 18:51:00 | Frontline Asset Strategies LLC, 2700 Snelling Ave N, Suite 250, Roseville, MN 55113-1783 |
| 5769527 | ^ | MEBN | Apr 09 2026 18:46:38 | Hayt, Hayt & Landau LLC, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 5769528 | | EDI: IRS.COM | Apr 09 2026 22:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5769531 | ^ | MEBN | Apr 09 2026 18:46:44 | LVNV Funding, c/o Patenaude & Felix APC, 2400 Ansys Dr Suite 402-B, Canonsburg, PA 15317-0403 |
| 5769532 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 18:54:26 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |

| Recip ID | | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| 5769538 | | Email/Text: EBN@Mohela.com | Apr 09 2026 18:50:00 | MOHELA, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5769533 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2026 18:54:26 | Merrick Bank, PO Box 9201, 10705 S Jordan Gtwy, Suite 20, Old Bethpage, NY 11804-9001 |
| 5769535 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 09 2026 18:51:00 | Midland Credit Management, 320 E Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 5769536 | ^ | MEBN | Apr 09 2026 18:46:38 | Midland Credit Management, c/o Hayt Hayt and Landau, Meridian Center 1 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 5769537 | ^ | MEBN | Apr 09 2026 18:46:39 | Midland Credit Management, c/o Hayt, Hayt & Landau, LLC, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 5769542 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 09 2026 18:50:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101-4747 |
| 5769543 | | EDI: PRA.COM | Apr 09 2026 22:45:00 | Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541 |
| 5769540 | | EDI: PENNDEPTREV | Apr 09 2026 22:45:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0946 |
| 5769541 | | Email/Text: pcabkt@phillips-cohen.com | Apr 09 2026 18:50:00 | Phillips & Cohen Associates Ltd, Mail Stop CSU-F, 1002 Justison St, Wilmington, DE 19801-5148 |
| 5769544 | ^ | MEBN | Apr 09 2026 18:46:36 | Revco Solutions, PO Box 2724, Columbus, OH 43216-2724 |
| 5769545 | | Email/Text: bankruptcy@springoakscapital.com | Apr 09 2026 18:50:00 | Spring Oaks Capital LLC, 1400 Crossways Blvd, Suite 100B, Chesapeake, VA 23320 |
| 5769546 | + | EDI: Q3GTBI | Apr 09 2026 22:45:00 | The Bureaus, 711 N Edgewood Ave, Suite 200, Wood Dale, IL 60191-1254 |
| 5769548 | | Email/Text: edbknotices@ecmc.org | Apr 09 2026 18:50:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5769549 | | Email/Text: BKRMailOps@weltman.com | Apr 09 2026 18:51:00 | Weltman, Weinberg & Reis Co LPA, PO Box 5430, Cleveland, OH 44101-0430 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5769539 | ##+ | Patenaude & Felix, A.P.C., 501 Corporate Dr, Southpointe, Suite 205, Canonsburg, PA 15317-8584 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 11, 2026 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 1 Raymond Austin Shelley usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

Debtor 1   **Raymond Austin Shelley**

First Name    Middle Name    Last Name

Social Security number or ITIN    xxx–xx–1599

EIN   _ _–_ _ _ _ _ _ _

Debtor 2
(Spouse, if filing)

First Name    Middle Name    Last Name

Social Security number or ITIN   _ _ _ _

EIN   _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    5:25–bk–03685–MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Raymond Austin Shelley
aka Raymond A Shelley, aka Ray Shelley, aka
Raymond Shelley

**By the court:**

4/9/26

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318      **Order of Discharge**      page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**