United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 25-03685-MJC

Raymond Austin Shelley                                                              Chapter 7

 Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: admin                                        Page 1 of 1

Date Rcvd: Apr 10, 2026                  Form ID: fnldecac                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

**Recip ID                      Recipient Name and Address**
db                      + Raymond Austin Shelley, 568 Pardeesville Road Apt 1, Hazle Twp, PA 18202-2719

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

**Name                           Email Address**

Carlo Sabatini

                on behalf of Debtor 1 Raymond Austin Shelley usbkct@bankruptcypa.com
                kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin
                i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Jill E. Durkin

                jilldurkinesq@gmail.com  PA92@ecfcbis.com

United States Trustee

                ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Raymond Austin Shelley,
aka Raymond A Shelley, aka Ray Shelley, aka Raymond Shelley,

Chapter 7

Case No. 5:25−bk−03685−MJC

**Debtor 1**

Social Security No.:

xxx−xx−1599

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 9, 2026

**fnldecac** (05/18)